**January**

JANUARY TECHNOLOGIES INC
130 W 25TH ST RM 6C
NEW YORK, NY  10001-7406

Login PIN: ZLKQA9

2314 1 AB 0.488
**************AUTO**ALL FOR AADC 331
SEAN PARKER
4021 NW 93RD AVE
SUNRISE, FL  33351-5914



January
4 East 27th Street, P.O. Box 20099
New York, NY 10001-9998
(866) 300-1169 from 9am to 7pm ET, Monday to Friday
www.january.com

**Hi Sean Parker,**

**January is a debt collector.** We are trying to collect a debt that you owe to CKS Prime Investments, LLC. We will use any information you give us to help collect the debt.

## Our information shows:

| | |
|---|---|
| You had a Indigo Mastercard for Genesis FS Card Services Inc. assignee of Celtic Bank with account number 5100043003277066. | |
| As of July 10, 2022, you owed: | $640.04 |
| Between July 10, 2022 and today: | |
| You were charged this amount in interest: | + $0.00 |
| You were charged this amount in fees: | + $0.00 |
| You paid or were credited this amount toward the debt: | — $0.00 |
| **Total amount of the debt now:** | **$640.04** |

✂- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Mail this form to:
Mail Sender
4 East 27th Street, P.O. Box 20099
New York, NY 10001-9998

Sean Parker
4021 NW 93RD AVE
SUNRISE, FL 33351

You can request any of these actions by:

- printing and mailing this form
- visiting our website
- emailing us
- calling us

### How can you dispute the debt?

- **Call or write to us by October 12, 2022 to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by October 12, 2022,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may contact us via email or mail. You may also include supporting documents. We accept disputes electronically at www.january.com

### What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by October 12, 2022, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.january.com
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.**
- **Contact us about your payment options.**

### How do you want to respond?

Check all that apply:

☐ **I want to dispute the debt because I think:**
  ☐ This is not my debt.
  ☐ The amount is wrong.
  ☐ Other (please describe on reverse or attach additional information).

☐ **I want you to send me the name and address of the original creditor.**

☐ **I enclosed this amount.** $ _____

Make your check payable to January Technologies, Inc.

Letter 0001

2764307-002314